AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 29 2015
DAVID J. MALAND, CLERK
BY DEPUTY _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 6:15-MJ-59 |
| PATRICIA CONTRERAS-HERNANDEZ | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 20, 2015 in the county of Cherokee in the Eastern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1326(a) & (b)(2) | Defendant, an alien, was found unlawfully present in the United States, after having been arrested and removed to Mexico, and had neither applied for nor received the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States since being removed. |

This criminal complaint is based on these facts:
See Affidavit of Aaron Andrews attached hereto

☑ Continued on the attached sheet.

_____
Complainant's signature

Aaron Andrews-Immigration Enforcement Agent ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/29/2015

_____
Judge's signature

City and state: Tyler, Texas         Honorable John D. Love, U.S. Magistrate Judge
Printed name and title